**Opinion issued October 27, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00730-CR**

———————————

**IN RE APOLINAR TEJEDA, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Apolinar Tejeda, acting pro se, has filed a petition for writ of mandamus requesting that we compel the trial court to rule on his pretrial motion to dismiss the underlying case.[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Apolinar Tejeda*, cause number 18-DCR-084953, pending in the 268th District Court of Fort Bend County, Texas, the Honorable O'Neil Williams presiding.